THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JULIA K. DESOGUGUA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:11-cv-01051-LO-JFA |
| ) | |
| WELLS FARGO BANK, N.A., ) | |
| d/b/a Wells Fargo Home Mortgage, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT WELLS FARGO'S MOTION TO CONSOLIDATE

NOW COMES defendant, Wells Fargo Bank, N.A. ("Wells Fargo"), by counsel, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, to move for consolidation of Case No. 1:11cv188 (Desogugua v. Wells Fargo Bank, N.A.) with Case No. 1:11cv1051 (Desogugua v. Wells Fargo Bank, N.A.). In support of this Motion, Wells Fargo submits the accompanying Memorandum of Law.

Wells Fargo certifies, pursuant to Local Civil Rule 7(E), that it conferred by telephone and email with counsel for plaintiff, Julia K. Desogugua ("plaintiff") prior to filing this motion, to which plaintiff consents.

**WHEREFORE**, Defendant Wells Fargo respectfully requests that the Court grant its Motion to Consolidate Case Nos. 1:11cv188 and 1:11cv1051, and for any such other and further relief as the Court deems appropriate.

Respectfully submitted,

WELLS FARGO BANK, N.A.

By its attorneys,

*/s/ Terry C. Frank*
Hunter W. Sims Jr. (VSB No. 09218)
Terry C.  Frank (VSB No. 74890)
J. Bradley Reaves (VSB No. 71389)
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone:  (757) 624-3205
Facsimile:  (757) 624-3169
hwsims@kaufcan.com
tcfrank@kaufcan.com
jbreaves@kaufcan.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

November 29, 2011

**CERTIFICATE OF SERVICE**

       I hereby certify that a true copy of the foregoing Motion to Consolidate, on this 29th of November 2011, has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to:

Leonard A. Bennett, Esq. (VSB No. 37523)
Susan Mary Rotkis  (VSB No. 40693)
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 201
Newport News, VA 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
lenbennett@clalegal.com
srotkis@clalegal.com

Kristi Cahoon Kelly, Esq. (VSB No. 72791)
Surovall Isaacs Petersen & Levy, P.C.
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
kkelly@siplfirm.com

                                                           /s/      Terry C. Frank
                                          Terry C. Frank (VSB No. 74890)
                                          Kaufman & Canoles, P.C.
                                          150 W. Main Street, Suite 2100
                                          Norfolk, VA 23510-1665
                                          Telephone: (757) 624-3205
                                          Facsimile: (757) 624-3169
                                          tcfrank@kaufcan.com

11423400_1.DOC